# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Rocky Thomas Mayfield, | ) | Case No. 4:15-cr-069 |
| | ) | |
| Defendant. | ) | |

On May 6, 2015, Attorney Samuel Gereszek filed a notice of substitution of counsel. Therein he advised that he has been retained by defendant. Accordingly, attorney Samuel Gereszek shall be substituted as counsel of record for defendant. Attorney Scott Brand is **GRANTED** leave to withdraw as defense counsel.

**IT IS SO ORDERED.**

Dated this 12th day of May, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court